UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KELLY SHANE PIFFERINI,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendants. | Case No. 24-cv-09191-RMI<br><br>**ORDER ON REMAINING CAUSES OF ACTION AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 26 |

On August 4, 2025, this Court issued an Order on Defendants' motion to dismiss and motion for clarification; the motion to dismiss was granted in part and denied in part, and the motion for clarification was denied without prejudice. (Order, Dkt. 26.) In that Order, the Court gave Plaintiff sixty (60) days from the issuance of the Order to file an amended complaint to address the noted deficiencies in the initial complaint. The deadline for filing an amended complaint was October 3, 2025; that deadline has passed and Plaintiff has not filed an amended complaint. As such, the claims dismissed in the Order with leave to amend are now dismissed with prejudice, including the following: Plaintiff's claim for money damages based on deficient notice before the seizure of his property, (dkt. 26, at 8–9); Plaintiff's claim that the health-and-safety exception to § 130.14's notice provision is unconstitutional, (dkt. 26, at 9–10); Plaintiff's claim that the "bulky items" exception is unconstitutional, (dkt. 26, at 10); Plaintiff's claim that the evidence-of-a-crime exception is unconstitutional, (dkt. 26, at 10–11); Plaintiff's claims against Officer Graham relating to harassment and the "false pretenses" underlying his arrest warrant, (dkt. 26, at 12); Plaintiff's claims against Chief Stevens in his official capacity, which have been transferred to the City instead, (dkt. 26, at 13); and Plaintiff's claims against Sergeant Omey

relating to the alleged unconstitutional seizure of his property, the violation of due process based on the ultimate fate of his belongings, and the warrantless entry into his home, (dkt. 26, at 13–15).

The Court previously denied without prejudice Defendants' motion for clarification to allow time for Plaintiff to file an amended complaint. As Plaintiff has not filed an amended complaint, Defendants may move for clarification on the remaining claims, if they so wish.

In addition, the Court **SETS** this case for a case management conference on January 13, 2026, at 1:00 p.m., via a Zoom webinar.

**IT IS SO ORDERED.**

Dated: November 13, 2025

ROBERT M. ILLMAN
United States Magistrate Judge