UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KELLY SHANE PIFFERINI,

    Plaintiff,

v.

CITY OF EUREKA, et al.,

    Defendants.

Case No. 24-cv-09191-RMI

**ORDER TO SHOW CAUSE**

The initial case management conference for this case was held on January 13, 2026. Only counsel for Defendant appeared. Plaintiff is ORDERED to appear for a hearing on January 27, 2026, at 1:00 p.m., via Zoom, to show cause for his failure to appear at the case management conference.

**IT IS SO ORDERED.**

Dated: January 15, 2026

ROBERT M. ILLMAN
United States Magistrate Judge