Richard W. Osman, State Bar No. 167993
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            cwilson@bfesf.com

Attorneys for Defendants
CITY OF EUREKA, BRIAN STEVENS,
VICTORIA GRAHAM, erroneously sued
as GRHAM, and JON OMEY, erroneously
sued as SGT. OMME

Plaintiff Kelly Shane Pifferini
P.O. Box 433
Orick, CA 95555
Tel: (707) 488-2442
Email: Kellypifferini3@gmail.com

Attorney for Plaintiff
KELLY SHANE PIFFERINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SHANE PIFFERINI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EUREKA; BRIAN STEVENS, in his full capacity as Eureka Chief of Police; GRHAM, Police Special Services Officer, EPD, in her full official capacity; SGT. OMME, EPD, in his full official capacity, <br><br> Defendants. | Case No. 1:24-cv-09191-RMI <br><br> **STIPULATION TO ALLOW PLAINTIFF KELLY SHANE PIFFERINI TO FILE SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER** <br><br><br><br><br><br> **Hon. Robert M. Illman** |

IT IS HEREBY STIPULATED by and between Plaintiff KELLY SHANE PIFFERINI and Defendants CITY OF EUREKA, BRIAN STEVENS, VICTORIA GRAHAM, and JON OMEY, by and through their designated counsel, that Plaintiff's proposed amended complaint filed as Dkt. No. 39-1 be entered as the Second Amended Complaint.

WHEREAS, Plaintiff filed a motion for leave to amend the complaint (Dkt. No. 35), to which he attached a proposed First Amended Complaint (Dkt. No. 35-3).

WHEREAS, Plaintiff made several subsequent filings, including a motion for appointment of counsel (Dkt. No. 37) and a reply to the motion for leave to amend (Dkt. No. 39) which included various alternate versions of his proposed amended complaint (Dkt. Nos. 37-5 and 39-1.)

WHEREAS, the Court granted Plaintiff's motion for leave to amend and allowed Defendants to raise substantive challenges to the amended complaint by way of a motion to dismiss. (Dkt. No. 44.) The Court ordered that the proposed First Amended Complaint, which was filed first (Dkt. No. 35-3), be filed by the clerk. That proposed First Amended Complaint was filed as the First Amended Complaint on April 30, 2026. (Dkt. No. 45.)

WHEREAS, Plaintiff believes that his most recent proposed amended complaint (Dkt. No. 39-1) is the most accurate and up to date version of the complaint, and has requested that the Parties stipulate to using that version of the complaint as the operative complaint.

WHEREAS, the parties wish to avoid expending resources, including judicial resources, litigating an outdated version of the complaint.

WHEREAS, Defendants intend to file a motion to dismiss irrespective of which version of the amended complaint is determined to be the operative version. Defendants do not, by entering this stipulation, waive any rights or arguments which may be applicable to any version of the complaint which may be filed with the Court.

## **STIPULATION**

NOW, THEREFORE, the parties hereby STIPULATE TO and JOINTLY REQUEST that the Court issue an order that no response is necessary to the First Amended Complaint (Dkt. No 45), that Plaintiff's most recent proposed amended complaint, (Dkt. No. 39-1), be filed by the clerk as the Second Amended Complaint, and that Defendants' deadline to file a responsive pleading be calculated from the

1

date the Second Amended Complaint is entered.

Dated:  May 15, 2026                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____*/s/ Corey C. Wilson*_____
Richard W. Osman
Corey C. Wilson
Attorneys for Defendants
CITY OF EUREKA, BRIAN STEVENS, VICTORIA
GRAHAM, erroneously sued as GRHAM, and JON
OMEY, erroneously sued as SGT. OMME

Dated:  May 15, 2026

By: _____*/s/ Kelly Shane Pifferini*_____
Kelly Shane Pifferini
Plaintiff

## ELECTRONIC CASE FILING ATTESTATION

I, Corey C. Wilson, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Mr. Pifferini to show his signature on this document as /s/.

Dated: May 15, 2026            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

/s/ Corey C. Wilson_____
Corey C. Wilson

**[~~PROPOSED~~] ORDER**

The parties' foregoing Stipulation is approved, and with good cause appearing.  Therefore, **IT IS HEREBY ORDERED THAT**:

(1)    No response is necessary to the First Amended Complaint (Dkt. No 45);

(2)    Plaintiff's most recent proposed amended complaint, (Dkt. No. 39-1), is to be filed by the clerk as the Second Amended Complaint; and,

(3)    Defendants' deadline to file a responsive pleading will be calculated from the date the Second Amended Complaint is entered.


**IT IS SO ORDERED.**


Dated:   May 19, 2026

By: _____
Robert M. Illman
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER
*Pifferini v. City of Eureka, et al.* U.S.D.C. Northern District of California Case No.: 1:24-cv-09191-RMI