Richard W. Osman, State Bar No. 167993
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
cwilson@bfesf.com

Attorneys for Defendants
CITY OF EUREKA, VICTORIA GRAHAM,
JON OMEY, and DILLON HUFFMAN

Plaintiff Kelly Shane Pifferini
P.O. Box 433
Orick, CA 95555
Tel: (707) 488-2442
Email: Kellypifferini3@gmail.com

Attorney for Plaintiff
KELLY SHANE PIFFERINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SHANE PIFFERINI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA; BRIAN STEVENS, in his full capacity as Eureka Chief of Police; GRHAM, Police Special Services Officer, EPD, in her full official capacity; SGT. OMME, EPD, in his full official capacity,<br><br>Defendants. | Case No. 1:24-cv-09191-RMI<br><br>**STIPULATION TO ALLOW PLAINTIFF KELLY SHANE PIFFERINI TO FILE THIRD AMENDED COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>**Hon. Robert M. Illman** |

IT IS HEREBY STIPULATED by and between Plaintiff KELLY SHANE PIFFERINI and Defendants CITY OF EUREKA (the "CITY"), VICTORIA GRAHAM, JON OMEY, and DILLON HUFFMAN (collectively, "Defendants") by and through their designated counsel, that Plaintiff be permitted to file a Third Amended Complaint (attached as **Exhibit A**).

WHEREAS, Plaintiff's Second Amended Complaint was entered on May 21, 2026 (Dkt. No. 48).

WHEREAS, Defendants filed a Motion to Dismiss several portions of the Second Amended Complaint on June 9, 2026 (Dkt. No. 49). Plaintiff filed an Opposition on June 16, 2026 (Dkt. No. 50) and Defendants filed a Reply on June 30, 2026 (Dkt. No. 51).

WHEREAS, the Court took the Motion under submission and vacated the hearing date on July 1, 2026 (Dkt. No. 52).

WHEREAS, Plaintiff submitted Public Records Act requests to the CITY on May 19, May 27, and June 10, 2026. The CITY provided timely responses to these Public Records Act requests. On June 24, 2026, Plaintiff notified the CITY that he was unable to access the materials provided because he only has regular access to a cell phone and not a computer. Plaintiff requested, and was provided, a copy of the materials on a flash drive.

WHEREAS, Plaintiff wishes to amend the complaint again based on materials he received in response to the Public Records Act requests and has advised Defendants he plans to file a motion for leave to amend;

WHEREAS, the filing of the Third Amended Complaint will render Defendants' pending Motion to Dismiss moot;

WHEREAS, Defendants wish to avoid unnecessary motion practice. Defendants do not oppose Plaintiff's request to be permitted to file the Third Amended Complaint. They have agreed to stipulate to Plaintiff filing the version of the Third Amended Complaint attached as **Exhibit A**.

WHEREAS, Defendants intend to file a motion to dismiss irrespective of which version of the amended complaint is determined to be the operative version. Defendants do not, by entering this stipulation, waive any rights or arguments which may be applicable to any version of the complaint which may be filed with the Court.

//

## STIPULATION

NOW, THEREFORE, the parties hereby STIPULATE TO and JOINTLY REQUEST that the Court issue an order that the proposed Third Amended Complaint, attached as **Exhibit A**, be filed by the clerk as the Third Amended Complaint, and that Defendants' deadline to file a responsive pleading be calculated from the date the Third Amended Complaint is entered.

Dated: August 5, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: *____/s/ Corey C. Wilson____*
Richard W. Osman
Corey C. Wilson
Attorneys for Defendants
CITY OF EUREKA, BRIAN STEVENS, VICTORIA GRAHAM, erroneously sued as GRHAM, and JON OMEY, erroneously sued as SGT. OMME

Dated: August 5, 2026

By: *____/s/ Kelly Shane Pifferini____*
Kelly Shane Pifferini
Plaintiff

## ELECTRONIC CASE FILING ATTESTATION

I, Corey C. Wilson, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Mr. Pifferini to show his signature on this document as /s/.

Dated: August 5, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

/s/ Corey C. Wilson
Corey C. Wilson

**[~~PROPOSED~~] ORDER**

The Parties' foregoing Stipulation is approved, and with good cause appearing. Therefore, **IT IS HEREBY ORDERED THAT**:

(1) The proposed Third Amended Complaint attached as **Exhibit A** is to be filed by the clerk as the Third Amended Complaint; and,

(2) Defendants' deadline to file a responsive pleading will be calculated from the date the Third Amended Complaint is entered.

**IT IS SO ORDERED.**

Dated: August 10, 2026

By: ______________________________
Robert M. Illman
UNITED STATES MAGISTRATE JUDGE