UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SHANE PIFFERINI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA; BRIAN STEVENS, in his full capacity as Eureka Chief of Police; GRHAM, Police Special Services Officer, EPD, in her full official capacity; SGT. OMME, EPD, in his full official capacity,<br><br>Defendants. | Case No. 1:24-cv-09191-RMI<br><br>**STIPULATION TO TREAT PLAINTIFF KELLY SHANE PIFFERINI'S THIRD AMENDED COMPLAINT AS INCORPORATING BY REFERENCE PLAINTIFF KELLY SHANE PIFFERINI'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF ADMINISTRATIVE MOTION [DKT. NO. 53-1]; [~~PROPOSED~~] ORDER**<br><br>**Hon. Robert M. Illman** |

IT IS HEREBY STIPULATED by and between Plaintiff KELLY SHANE PIFFERINI and Defendants CITY OF EUREKA (the "CITY"), VICTORIA GRAHAM, and JON OMEY[1] (collectively, "Defendants") by and through their designated counsel, that the Court and the Parties treat Plaintiff's Declaration filed in support of his Administrative Motion for Leave to File Supplemental Material [Dkt. No. 53-1] and the supporting exhibits as part of Plaintiff's Third Amended Complaint.

WHEREAS, on July 30, 2026 Plaintiff filed an Administrative Motion for Leave to File Supplemental Material. [Dkt. No 53].

WHEREAS, Plaintiff attached to his motion a declaration, which included several body worn camera recordings as exhibits. [Dkt. No. 53-1].

WHEREAS, on August 5, 2026, the Parties stipulated to permit Plaintiff to file a Third Amended Complaint. [Dkt. No. 55].

WHEREAS, the Court granted the stipulation [Dkt. No. 56] and the Third Amended Complaint was filed. [Dkt. No. 57.]

WHEREAS, in its order granting the stipulation, the Court denied Plaintiff's Administrative Motion as moot.

WHEREAS, Plaintiff intended the contents of his declaration filed in support of the Administrative Motion and the attached body worn camera recordings to be considered as part of his Third Amended Complaint. Plaintiff has asked Defendants to stipulate to the declaration and attached exhibits being considered as part of the Third Amended Complaint.

WHEREAS, Defendants have no objection to the declaration and exhibits being incorporated by reference into the Third Amended Complaint and being considered part of the Third Amended Complaint.

WHEREAS, Defendants intend to file a motion to dismiss irrespective of whether the declaration and exhibits are considered part of the Third Amended Complaint. Defendants do not, by entering this stipulation, waive any rights or arguments which may be applicable to.

//

[1] The remaining defendants have not yet appeared.

**STIPULATION**

NOW, THEREFORE, the parties hereby STIPULATE TO and JOINTLY REQUEST that the Court issue an order that the Third Amended Complaint be treated as incorporating by reference Plaintiff's declaration and the body worn camera recordings attached exhibits to the declaration [Dkt. No. 53-1]. The Parties do not request a modification of Defendants' responsive pleading deadline.

Dated: August 12, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: *<u>/s/ Corey C. Wilson</u>*
Richard W. Osman
Corey C. Wilson
Attorneys for Defendants
CITY OF EUREKA, BRIAN STEVENS, VICTORIA GRAHAM, erroneously sued as GRHAM, and JON OMEY, erroneously sued as SGT. OMME

Dated: August 12, 2026

By: *<u>/s/ Kelly Shane Pifferini</u>*
Kelly Shane Pifferini
Plaintiff

**ELECTRONIC CASE FILING ATTESTATION**

I, Corey C. Wilson, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Mr. Pifferini to show his signature on this document as /s/.

Dated: August _12_, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*<u>/s/ Corey C. Wilson</u>*
Corey C. Wilson

**[~~PROPOSED~~] ORDER**

The Parties' foregoing Stipulation is approved, and with good cause appearing. Therefore, **IT IS HEREBY ORDERED THAT**:

(1) The Third Amended Complaint [Dkt. 57] shall be treated as incorporating by reference Plaintiff's Declaration in support of his Administrative Motion and the body worn camera recordings attached thereto [Dkt. No. 53-1].

**IT IS SO ORDERED.**

Dated: August 13, 2026

By: ______________________________
Robert M. Illman
UNITED STATES MAGISTRATE JUDGE