Richard W. Osman, State Bar No. 167993
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
cwilson@bfesf.com

Attorneys for Defendants
CITY OF EUREKA, VICTORIA GRAHAM,
JON OMEY, and DILLON HUFFMAN

Plaintiff Kelly Shane Pifferini
P.O. Box 433
Orick, CA 95555
Tel: (707) 488-2442
Email: Kellypifferini3@gmail.com

Attorney for Plaintiff
KELLY SHANE PIFFERINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SHANE PIFFERINI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA; BRIAN STEVENS, in his full capacity as Eureka Chief of Police; GRHAM, Police Special Services Officer, EPD, in her full official capacity; SGT. OMME, EPD, in his full official capacity,<br><br>Defendants. | Case No. 1:24-cv-09191-RMI<br><br>**STIPULATION TO ALLOW PLAINTIFF KELLY SHANE PIFFERINI TO FILE FOURTH AMENDED COMPLAINT; ~~[PROPOSED]~~ ORDER**<br><br>**Hon. Robert M. Illman** |

IT IS HEREBY STIPULATED by and between Plaintiff KELLY SHANE PIFFERINI and Defendants VICTORIA GRAHAM, JOHN ECKERT, JON OMEY, J. CLARK, DONALD WILKES, COLE FORBES (collectively the "Individual Defendants") and the CITY OF EUREKA (the "CITY", all collectively "Defendants') by and through their designated counsel, that Plaintiff be permitted to file a Fourth Amended Complaint (attached as **Exhibit A**).

WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Third Amended Complaint on August 24, 2026. (Dkt. No. 61).

WHEREAS, at the time Defendants' Motion was filed, Plaintiff did not have access to PACER because his fee waiver had expired.

WHEREAS, on September 3, 2026, the Court granted Plaintiff's request to renew and extend his PACER fee exemption. (Dkt. No. 62).

WHEREAS, on Sunday, September 6, 2026, Plaintiff informed Defense counsel that he did not have access to PACER and had not seen the Motion or the Court's order granting his fee waiver. Defense counsel provided pdf copies of both documents on Monday, September 7, 2026.

WHEREAS, Plaintiff was unable to file an opposition by the deadline of September 8, 2026;

WHEREAS, Plaintiff sought a stipulation from Defendants to permit the filing of a Fourth Amended Complaint in lieu of opposition the Motion to Dismiss

WHEREAS, the Fourth Amended Complaint will resolve several of the issues Defendants identified in their Motion to Dismiss the Third Amended Complaint and will narrow the claims at issue by dismissing GRAHAM, ECKERT, and CLARK as defendants and dismissing several causes of action;

WHEREAS, the filing of the Fourth Amended Complaint will render Defendants' pending Motion to Dismiss moot;

WHEREAS, Defendants wish to avoid unnecessary motion practice. Defendants do not oppose Plaintiff's request to be permitted to file the Fourth Amended Complaint, as it will simplify the case and narrow the issues to be decided by the Court. They have agreed to stipulate to Plaintiff filing the version of the Fourth Amended Complaint attached as **Exhibit A**.

WHEREAS, the Fourth Amended Complaint incorporates by reference several exhibits. Exhibits A through E are body worn camera recordings previously submitted to the Court as part of both

Plaintiff's Third Amended Complaint (Dkt. No. 53-1) and Defendants' Motion to Dismiss the Third Amended Complaint (Dkt. No. 61-1.). Should the Court grant the stipulated request to permit Plaintiff to file the Fourth Amended Complaint, Plaintiff will submit Exhibits F through O referenced in the Fourth Amended Complaint.

WHEREAS, Defendants intend to file a motion to dismiss portions of the Fourth Amended Complaint. Defendants do not, by entering this stipulation, waive any rights or arguments which may be applicable to any version of the complaint which may be filed with the Court.

**STIPULATION**

NOW, THEREFORE, the parties hereby STIPULATE TO and JOINTLY REQUEST that the Court issue an order that the proposed Fourth Amended Complaint, attached as **Exhibit A**, be filed by the clerk as the Fourth Amended Complaint, and that Defendants' deadline to file a responsive pleading be calculated from the later of the date on which the Fourth Amended Complaint is entered and the date on which Plaintiff submits Exhibits F through O, referenced in the Fourth Amended Complaint.

Dated: September 15, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: *Is/ Corey C. Wilson*

Richard W. Osman
Corey C. Wilson
Attorneys for Defendants
CITY OF EUREKA, BRIAN STEVENS, VICTORIA GRAHAM, erroneously sued as GRHAM, and JON OMEY, erroneously sued as SGT. OMME

Dated: September 15, 2026

By: *Is/ Kelly Shane Pifferini*

Kelly Shane Pifferini
Plaintiff

**ELECTRONIC CASE FILING ATTESTATION**

I, Corey C. Wilson, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Mr. Pifferini to show his signature on this document as /s/.

Dated: September 15, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

/s/ Corey C. Wilson
Corey C. Wilson

## ~~[PROPOSED]~~ ORDER

The Parties' foregoing Stipulation is approved, and with good cause appearing. Therefore, **IT IS HEREBY ORDERED THAT**:

(1) The proposed Fourth Amended Complaint attached as **Exhibit A** is to be filed by the clerk as the Fourth Amended Complaint;

(2) Plaintiff is to submit to the Court Exhibits F through O referenced in the Fourth Amended Complaint; and,

(3) Defendants' deadline to file a responsive pleading will be calculated from the later of the date the Fourth Amended Complaint is entered and date Plaintiff submits to the Court Exhibits F through O referenced in the Fourth Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 17, 2026

By: ______________________________
Robert M. Illman
UNITED STATES MAGISTRATE JUDGE